# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-750

_____

PATRICIA DAWKINS,

  Appellant,

v.

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

  Appellee.

_____


On appeal from the Circuit Court for Escambia County.
Thomas V. Dannheisser, Judge.


April 3, 2018


PER CURIAM.

  AFFIRMED.

ROBERTS, KELSEY, and M.K. THOMAS, JJ., concur.


_____


***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Michael E. Fenimore of Michael E. Fenimore, P.A., Pensacola, and Larry A. Matthews of Matthews & Higgins, LLC, Pensacola, for Appellant.

Rhonda B. Boggess, of Taylor, Day, Grimm & Boyd, Jacksonville, for Appellee.